IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| Linda Marlene Johnson; Carla S. Alvanchi; Vickie L. Beinlich; Cynthia D. Cargile; Theresa S. Dresher; Terry Robert Gabrich, Sr. and Sharon Gabrich; Robert John Golias; Camille Denice Johnson; Edith A. Guffey; Lisa Henkel; Sherry L. Jackson; Linda S. Kennelly; Janice A. Lukacinsky and Sheryl Van Sice; Sally Jane Minzey and Theordore Dale Minzey; Irma Ochoa and Armando Ochoa; Teresa Shuff and Joe Shuff; Bonnie L. Tacy; and Victoria Vance, | CIVIL ACTION FILE<br><br>NO. 04-11427-GAO |
| Plaintiffs, | |
| v. | |
| Indevus Pharmaceuticals, Inc., F/K/A Interneuron Pharmaceuticals Inc., Wyeth, Inc. F/K/A American Home Products Corporation; Wyeth Pharmaceuticals, Inc., F/K/A Wyeth-Ayerst Pharmaceuticals, Inc., A Division of American Home Products Corporation; and Boehringer Ingelheim Pharmaceuticals, Inc.; Robert R. DeCapua; Justin D. Crum; Bernice J. Menzies, Michelle L. Carner, Larry D. Bayliff, Gerald E. Lubben; Joseph Schrei; Gail S. Rasak; Marlo F. Ponos (a/k/a Marlo F. Tate); Michael D. Zell; Gregory Fountain; Mary Ann Roberts; Lyn A. Adanich; Kathleen A. Welsh; Ronald L. Duemler; Dennis M. Thimm; Lance E. Reno; Cynthia M. Cowgill; Timothy S. Circle; Donell N. Henthorne; Melody Phillips-Williams; Steve Sneider; Richard A. Dilibero; Thomas M. Duggan; Jennifer Hetherington; Joanne M. Izykowski; Zoanne H. Pokriefka; Joseph DiFrancesco; Hope Tileston; Thomas A. Wiehn; Lisa M. Birken (a/k/a Lisa Greenbaum); Shonda S. Shores (a/k/a Shonda S. Kim); Christian K. Miner; Kimberly Ann Owen; Mary M. Bodenhamer; Alicia I. McDougal; Shannon O. Sage; and John Doe | |
| Defendants. | |

LITDOCS/560122.1 LITDOCS:560122.1

## WYETH'S SUPPLEMENTAL NOTICE OF REMOVAL

Come now Wyeth and Wyeth Pharmaceuticals, Inc. ("Wyeth") and supplement their Notice of Removal originally filed on June 24, 2004. Wyeth hereby incorporates its Notice of Removal by reference and further shows the Court as follows:

1.

Wyeth is a defendant in a civil action brought against it in the Superior Court of the Commonwealth of Massachusetts, Middlesex County, entitled *Johnson, et al. v. Indevus Pharmaceuticals, Inc., et al.*, bearing Civil Action No. 2004-01706.

2.

Wyeth removed this case to this Court on June 24, 2004.

3.

The Complaint names as defendants 37 current and former employees of Wyeth and Indevus Pharmaceuticals, Inc. ("Indevus") who allegedly worked as sales representatives for Wyeth and Indevus. Complaint ¶¶ 16-54. Only one of these defendants is a Massachusetts resident. Complaint ¶ 40.

4.

In addition to the reasons set forth in Wyeth's Notice of Removal, the non-resident sales representative defendants are fraudulently joined because Plaintiffs have no reasonable basis for a cause of action against them because Massachusetts courts do not have personal jurisdiction over them and because service of process on them was defective under Fed. R. Civ. P. 4 and 28 U.S.C. § 1448.

Respectfully submitted this 12th day of July 2004.

/s/ Janice W. Howe
William A. McCormack  BBO #329580
Janice W. Howe BBO #242190
David Yamin BBO #562216
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

*Counsel for Defendants Wyeth and Wyeth Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served the within and foregoing SUPPLEMENTAL NOTICE OF REMOVAL upon all parties to the above-captioned action by facsimile and by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

David C. Strouss (BBO # 546253)
Marilyn T. McGoldrick (BBO # 561766)
Thornton & Naumes, LLP
100 Summer Street, 30th Fl.
Boston, MA  02110

Ellen A. Presby (Texas State Bar # 16249600)
Amy M. Carter (Texas State Bar # 24004580)
Amy J. Shahan (Texas State Bar # 00797564)
Jory D. Lange, Jr. (Texas State Bar # 24041294)
Baron & Budd, a professional corporation
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219

*Counsel for Plaintiffs*

Matthew J. Matule (BBO #632075)
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street
Boston, Massachusetts 02108

*Counsel for Defendants Indevus Pharmaceuticals, Inc. and Boehringer Ingelheim Pharmaceuticals, Inc.*

This 12th day of July, 2004.

                                            /s/ Janice W. Howe_____

                                            *Counsel for Defendants Wyeth*
                                            *and Wyeth Pharmaceuticals, Inc.*