UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LINDA MARLENE JOHNSON, CARLA S. ALVANCHI, VICKIE L. BEINLICH, CYNTHIA D. CARGILE, THERESA S. DRESHER, TERRY ROBERT GABRICH, SR. AND SHARON E. GABRICH, ROBERT JOHN GOLIAS, CAMILLE DENICE JOHNSON, EDITH A. GUFFEY, LISA HENKEL, SHERRY L. JACKSON, LINDA S. KENNELLY, JANICE A. LUKACINSKY AND SHERYL VAN SICE, SALLY JANE MINZEY AND THEODORE DALE MINZEY, IRMA OCHOA AND ARMANDO OCHOA, TERESA SHUFF AND JOE SHUFF, BONNIE L. TACY AND VICTORIA VANCE,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; ROBERT R. DECAPUA; JUSTIN D. CRUM; BERNICE J. MENZIES; MICHELLE L. CARNER; LARRY D. BAYLIFF; GERALD E. LUBBEN; JOSEPH SCHREI; GAIL S. RASAK; MARLO F. PONOS (A/K/A MARLO F. TATE); MICHAEL D. ZELL; GREGORY FOUNTAIN; MARY ANN ROBERTS; LYN A. ADANICH; KATHLEEN A. WELSH; RONALD L. DUEMLER; DENNIS M. THIMM; LANCE E. RENO; CYNTHIA M. COWGILL; TIMOTHY S. CIRCLE; DONELL N. HENTHORNE; MELODY PHILLIPS-WILLIAMS; STEVE SNEIDER; RICHARD A. DILIBERO; THOMAS M. DUGGAN; JENNIFER HETHERINGTON; JOANNE M. IZYKOWSKI; ZOANNE H. POKRIEFKA; JOSEPH DIFRANCESCO; HOPE TILESTON; THOMAS A. WIEHN; LISA M. BIRKEN (A/K/A LISA GREENBAUM); SHONDA S. SHORES (A/K/A SHONDA S. KIM); CHRISTIAN K. MINER; KIMBERLY ANN OWEN; MARY M. BODENHAMER; ALICIA I. MC DOUGAL; SHANNON O. SAGE; AND JOHN DOE,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11427-GAO

## **NOTICE OF APPEARANCE**

        Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 13, 2004                                   Respectfully submitted,
     Boston, Massachusetts

                                               /s/Matthew J. Matule
                                               Matthew J. Matule (BBO #632075)
                                               SKADDEN, ARPS, SLATE,
Of Counsel:                                                MEAGHER & FLOM LLP
Barbara Wrubel                                           One Beacon Street
Katherine Armstrong                                      Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                    (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                           Counsel for Defendant
  Boehringer Ingelheim Pharmaceuticals, Inc