UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LINDA MARLENE JOHNSON, CARLA S. ALVANCHI, VICKIE L. BEINLICH, CYNTHIA D. CARGILE, THERESA S. DRESHER, TERRY ROBERT GABRICH, SR. AND SHARON E. GABRICH, ROBERT JOHN GOLIAS, CAMILLE DENICE JOHNSON, EDITH A. GUFFEY, LISA HENKEL, SHERRY L. JACKSON, LINDA S. KENNELLY, JANICE A. LUKACINSKY AND SHERYL VAN SICE, SALLY JANE MINZEY AND THEODORE DALE MINZEY, IRMA OCHOA AND ARMANDO OCHOA, TERESA SHUFF AND JOE SHUFF, BONNIE L. TACY AND VICTORIA VANCE,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; ROBERT R. DECAPUA; JUSTIN D. CRUM; BERNICE J. MENZIES; MICHELLE L. CARNER; LARRY D. BAYLIFF; GERALD E. LUBBEN; JOSEPH SCHREI; GAIL S. RASAK; MARLO F. PONOS (A/K/A MARLO F. TATE); MICHAEL D. ZELL; GREGORY FOUNTAIN; MARY ANN ROBERTS; LYN A. ADANICH; KATHLEEN A. WELSH; RONALD L. DUEMLER; DENNIS M. THIMM; LANCE E. RENO; CYNTHIA M. COWGILL; TIMOTHY S. CIRCLE; DONELL N. HENTHORNE; MELODY PHILLIPS-WILLIAMS; STEVE SNEIDER; RICHARD A. DILIBERO; THOMAS M. DUGGAN; JENNIFER HETHERINGTON; JOANNE M. IZYKOWSKI; ZOANNE H. POKRIEFKA; JOSEPH DIFRANCESCO; HOPE TILESTON; THOMAS A. WIEHN; LISA M. BIRKEN (A/K/A LISA GREENBAUM); SHONDA S. SHORES (A/K/A SHONDA S. KIM); CHRISTIAN K. MINER; KIMBERLY ANN OWEN; MARY M. BODENHAMER; ALICIA I. MC DOUGAL; SHANNON O. SAGE; AND JOHN DOE,

    Defendants.

---

Civil Action
No. 04-11427-GAO

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  July 13, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.